UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Deanne Kulke,

                            Plaintiff,            **ORDER ADOPTING**
                                                  **REPORT & RECOMMENDATION**
  -against-
                                                  25-CV-1218 (RER) (JRC)

Sopheon Corporation, and
Greg Coticchia,
                            Defendants.
-----------------------------------------------------------------X

**RAMÓN E. REYES, JR., District Judge:**

       In a report and recommendation dated December 23, 2025, (ECF No. 34 ("R&R")), Magistrate Judge James R. Cho recommended that the Court deny defendant Sopheon's motion to strike certain paragraphs in plaintiff's Complaint. (*Id.*) Judge Cho advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

       Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety and the motion to strike (ECF No. 16) is denied.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____

RAMÓN E. REYES, JR.
United States District
Judge

Dated: January 8, 2026
       Brooklyn, New York